United States District Court
Southern District of Texas
FILED

DEC 22 2019

David J. Bradley, Clerk

AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Juan Jose Segura-Martinez

**CRIMINAL COMPLAINT**

Case Number:    M-19-3128-M

IAE    YOB:    1995
Guatemala
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 21, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Penitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Juan Jose Segura-Martinez was encountered by Border Patrol Agents near Penitas, Texas on December 21, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 21, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on July 11, 2018 through Alexandria, Louisiana. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 13, 2018 the defendant was convicted of Illegal Reetry into the United States After Previous Deportation or Removal and sentenced to Time Served and twelve (12) month Supervised Release Term.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on December 22, 2019.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

/S/ Mickel Gonzalez
**Signature of Complainant**

**Mickel Gonzalez**
Printed Name of Complainant

**December 22, 2019**    4:18 p.m.
Date

**Peter E Ormsby**    , U.S. Magistrate Judge
Name and Title of Judicial Officer

*Peter E Ormsby*
Signature of Judicial Officer